**Exhibit A to the Complaint**

**Location:** San Diego, CA  
**Total Works Infringed:** 30

**IP Address:** 68.72.213.5  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D789BCE0D78834D6638DD1902EE9F64A6F1378FA | Blacked | 10/24/2017 05:18:42 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 2 | 0248B204C9CFF2D5495E8199C24F9C9317570178 | Vixen | 10/19/2017 07:09:27 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 3 | 0E6108BD041F9006530A434225AC091276ACD991 | Blacked | 06/23/2017 04:41:49 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 4 | 14125F6533A2552A19E7D4960C7A60B00629444C | Blacked | 07/25/2017 18:28:54 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 5 | 165E202ADF0499A337589C5BA8F17827EEF41ED7 | Tushy | 06/13/2017 06:20:27 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 6 | 17BFC1D094E1168CF066DD74A1CEF1F1E1000853 | Vixen | 08/19/2017 07:26:29 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 7 | 2A003E7DC04EA0039077084D81E8E3776EF2F596 | Tushy | 05/14/2017 19:18:42 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 8 | 38086EB35F3D3C9574AB3DBF13539EED2AF01EA4 | Blacked | 11/09/2017 01:16:11 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 9 | 3E7F8AA5557DEAB0E3A3246CC9DA006C63423374 | Blacked | 10/28/2017 06:30:03 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 10 | 43D5AADB5699D50F9B695E629D7DC6CB0D5AB7C3 | Blacked | 07/14/2017 01:37:48 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 11 | 609907DC345C8704CB071BC1A3E3364290427595 | Vixen | 08/14/2017 03:17:30 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 12 | 62918C330DAF0E9F027CBED5ED5E7EAFD108C246 | Blacked | 08/14/2017 03:31:44 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 13 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 09/03/2017 02:22:52 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 14 | 81C4EA33DDB08AFD9E5C70B97959D9D8DE2133B3 | Tushy | 08/20/2017 17:48:06 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 15 | 8359455E56EDB1AD829E0ACBACF1D98BD86EE2EF | Tushy | 06/18/2017 06:28:08 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 16 | 93FA376B2CEBE61A2C29FBEC34D10AB606001FBF | Tushy | 07/05/2017 01:40:42 | 06/30/2017 | 07/06/2017 | 15584063421 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 990994F89690F9A3E78614F2186AEB2765478D4D | Blacked | 07/17/2017 03:26:13 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 18 | A9FA6BCB00C883739E7D72755145D97C30645E40 | Tushy | 10/14/2017 05:27:15 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 19 | AAF763635391DFF65D4B677228FA0CFE88B5C5E0 | Vixen | 11/09/2017 02:14:55 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 20 | B271511687890F0A57EE68486AFE3F2D827638A1 | Tushy | 07/14/2017 05:28:48 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 21 | BEA3F713C85F20F62FE90741A87B482944C52E42 | Tushy | 08/09/2017 04:32:33 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 22 | C295DB4D1D1DA424FF9474EB33F1154BC171E5E0 | Vixen | 08/17/2017 01:56:57 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 23 | C2F7649FE7ECA813CF06509A80FCC0C5959195F3 | Blacked | 06/16/2017 22:56:32 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 24 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Ra | 11/12/2017 06:32:26 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 25 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/13/2017 11:29:44 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 26 | E9C1DA960780A49DE3A9008C44BBE4AFE347AB7B | Vixen | 08/09/2017 05:05:31 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 27 | EA39AD116E1AD82A259908E827ABCC1AAF1D19D5 | Vixen | 10/24/2017 06:26:41 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 28 | FD802FEC62F3CCA171872B3588DFB464F9217C69 | Blacked | 08/20/2017 17:50:46 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 29 | FD9F5B4CB8A5183621C97F0E1BD91DCA4173C999 | Vixen | 06/05/2017 22:14:52 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 30 | FFCBC2AA2977112F060895E264167F7BB55FD56F | Blacked | 10/19/2017 23:44:36 | 10/17/2017 | 11/15/2017 | 16013343097 |